| PROB 22 (Rev. 2/88) | U S DISTRICT DISTRICT OF NEVADA FILED JAN 1 2 | DOCKET NUMBER (Tran. Court) 1:02-CR-0017-1 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION | 3:06-cr-0006 |
|---|---|---|---|
| | Northern District of Georgia | Atlanta | |
| Michael Gary Maser 171 Hall Court Stateline, Nevada 89449 | NAME OF SENTENCING JUDGE | | |
| | Honorable Thomas W. Thrash | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 09/19/05 | TO 09/18/2008 |

**OFFENSE**
Use of an Interstate Facility to Entice a Child to Engage in Sexual Activity, 18 U.S.C. §2425

U.S. DISTRICT COURT DISTRICT OF NEVADA FILED JAN 1 2 06 CLERK, U.S. DISTRICT COURT BY _____ DEPUTY

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern DISTRICT OF Georgia

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 27 2006

12/9/05                LUTHER D. THOMAS, Clerk        *Thomas W. Thrash*
_____          By: _____            _____
Date                        Deputy Clerk              Honorable Thomas W. Thrash
                                                      United States District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District DISTRICT OF Nevada

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/11/06                                              _____
_____                                        United States District Judge
Effective Date