RTN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 United States Courthouse
75 Spring Street, SW
Atlanta, Georgia 30303-3361

LUTHER D. THOMAS  CRIMINAL SECTION
CLERK OF COURT  404-215-1615

February 3, 2006

RE: USA vs. Michael Gary Maser
Our File No. 1:02-CR-17-TWT
Your File No. 3:06-CR-6

Dear Clerk:

Pursuant to the enclosed copy of transfer of jurisdiction, we are transferring the above supervised releasee to your district.

Enclosed are certified copies of the indictment, judgment and commitment order, and docket for your records.

Please acknowledge receipt of these documents by returning the enclosed copy to this office.

Sincerely,

LUTHER D. THOMAS, Clerk

By: _____
Deputy Clerk