

**U.S. Department of Justice**

United States Attorney
Northern District of Georgia

---

*Suite 600 Richard Russell Building   Telephone (404)581-6000*
*75 Spring Street, S.W.                Fax (404)581-6181*
*Atlanta, Georgia  30303*


September 19, 2006


James N. Hatten
Clerk of the U.S. District Court
Richard B. Russell Federal Building
2212 U.S. Courthouse

    Re:  Notice of Withdrawal of Counsel, Phyllis B.
         Sumner, in the following cases:

        *U.S. v. Rudolph* - 1:00-CR-805-CAP
        *U.S. v. Childs* - 1:01-CR-722-RWS
        *U.S. v. Goss, Jr.* - 1:01-CR-772-CC-ECS
        *U.S. v. Maser* - 1:02-CR-017-TWT-JMF
        *U.S. v. Dozie* - 1:02-CR-156-MHS-CCH
        *U.S. v. Johnson* - 1:02-CR-205-CAP-GGB
        *U.S. v. Bailey* - 1:02-CR-577-ODE-LTW
        *U.S. v. Miller* - 1:02-CR-628-TWT-LTW
        *U.S. v. Barber* - 1:02-CR-661-ODE-JMF
        *U.S. v. Thompson* - 1:02-CR-706-ODE-LTW
        *U.S. v. Skandalakis* - 1:03-746-RWS
        *U.S. v. Rodriguez* - 1:04-CR-165-JFK
        *U.S. v. Valenzuela* - 1:04-CR-168-JFK
        *U.S. v. Badio* 1:04-CR-175-JEC-ECS
        *U.S. v. Prewitt* - 1:04-CR-593-RWS
        *U.S. v. Contreras* - 1:99-CR-109-CC
        *U.S. v. Manders* - 2:03-CR-00006-WCO-SSC; and
                2:05-CV-178-WCO


Dear Mr. Hatten:

    This is to notify you that in the above-styled cases, former Assistant U.S. Attorney, Phyllis B. Sumner, is no longer associated with this office.  Please remove electronic notification for Phyllis Sumner for each of these cases.

James N. Hatten  
Clerk of the U.S. District Court  
September 19, 2006  
Page 2:

    In the cases that do not have an AUSA designated other than Ms. Sumner, I request that all papers and pleadings in those actions be served upon me as counsel of record for the United States from this date forward.

                                        Sincerely,

                                        DAVID E. NAHMIAS  
                                      UNITED STATES ATTORNEY

                                      /s/Randy S. Chartash  
                                      RANDY S. CHARTASH  
                                      CHIEF, ECONOMIC CRIME  
                                      ASSISTANT U.S. ATTORNEY

cc:   Phyllis B. Sumner  
      King & Spalding  
      1180 Peachtree Street, N.E.  
      Atlanta, Georgia 30309

      Terri Kohler  
      Criminal Support Supervisor